**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7717**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARK PAUL SARNO,

Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Robert Earl Maxwell, Senior District Judge. (CR-91-133, CA-96-97)

---

Submitted: March 31, 1997          Decided: April 25, 1997

---

Before WIDENER, MURNAGHAN, and NIEMEYER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Mark Paul Sarno, Appellant Pro Se. Sherry L. Muncy, OFFICE OF THE UNITED STATES ATTORNEY, Elkins, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Sarno, Nos. CR-91-133; CA-96-97 (N.D.W. Va. Oct. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2